WOODS SERVICES, INC., Appellee

v.

DEPARTMENT OF PUBLIC
WELFARE, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 2, 2003.

Decided Dec. 23, 2003.

Daniel M. Fellin, John A. Kane, Howard C. Ulan, Harrisburg, Leslie Ann Miller, Philadelphia, for Dept. of Public Welfare, appellant.

Thomas Coval, Willow Grove, for Wood Services Inc., appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

COMMONWEALTH of Pennsylvania,
Appellee

v.

Travis L. KITCHEN, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 4, 2003.

Decided Dec. 23, 2003.

Helen A. Stolinas, for Travis Kitchen, appellant.

Stephen G. Downs, Towanda, for the Com. of PA.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

The Order of the Superior Court is affirmed.